UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELE BURTON,** *Individually and as assignee of Joyce Frisbie,* **and ROBERT BURTON,** *Individually and as assignee of Joyce Frisbie,* : : : : | |
| Plaintiffs   : | CIVIL ACTION NO. 3:21-1522 |
| v.   : | (JUDGE MANNION) |
| **PROGRESSIVE ADVANCED INSURANCE COMPANY,**   : : | |
| Defendant   : : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendant's motion for summary judgment **(Doc. 11)** is **GRANTED**.

(2) The plaintiffs' motion for summary judgment **(Doc. 10)** is **DENIED**.

(3) The Clerk of Court is hereby directed to **ENTER JUDGMENT** in favor of the defendant and against the plaintiffs.

- 2 -

**(4)** The Clerk of Court is further directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 20, 2023**
21-1522-01-ORDER

- 2 -